AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

Southern District of Texas  [▼]

United States Courts
Southern District of Texas
FILED

*June 26, 2025*

Nathan Ochsner, Clerk of Court

United States of America

v.

Raul Armando Ramirez Correa

_____
*Defendant(s)*

)
)
)
)
)
)
)

Case No.

**4:25-mj-394**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___05/02/2025 & 05/04/2025___ in the county of ___Harris___ in the

___Southern___ District of ___Texas___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 922(a)(1)(A), 923(a) and 924(a)(1)(D) and 2. | Dealing in Firearms Without a License |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Nicole Miyako, FBI Task Force Officer
*Printed name and title*

Sworn to before me and signed by telephone

Date: ___06/26/2025___

_____
*Judge's signature*

City and state: ___Houston, Texas___

Peter Bray, U.S. Magistrate Judge
*Printed name and title*

**4:25-mj-394**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Nicole Miyako, being duly sworn, do hereby depose and state:

1.      I am a Task Force Officer with the Federal Bureau of Investigation (FBI), assigned to the Houston Division, in Houston, Texas. I have been so employed since March 2025. As part of my official duties as Task Force Officer, I am currently assigned to the Safe Streets Task Force. This unit investigates various violations of criminal law focusing on gangs, drugs, firearms, and violent crimes. I have received training in the areas of violent crime and organized crime and have conducted various types of electronic surveillance, authorized interception of wire and electronic communications. I have participated in the execution of search warrants and the debriefing of defendants, witnesses, and informants. I have been trained to participate in federal and state investigations that could result in the arrest and conviction of individuals, who have violated federal law. As a Task Force Officer, I am authorized to investigate violations of law of the United States and execute warrants issued under the authority of the United States.

2.      The facts contained in this affidavit are based on my knowledge, training, and experience and upon information provided to me by other law enforcement officers and individuals. Since this affidavit is made for the limited purpose of supporting probable cause for a Criminal Complaint, I have not set forth every fact learned during the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause for the crimes charged. Unless otherwise indicated, where actions, conversations, and statements of others are related herein, they are related in substance and in part only.

3.      On May 2, 2025, Raul Armando Ramirez Correa (RAMIREZ CORREA) communicated via text message with a Confidential Human Source (CHS1) and offered to sell CHS1 a Canik T9 firearm for $1,000. RAMIREZ CORREA provided CHS1 a picture of the firearm he was offering.

4.      CHS1 accepted on behalf of CHS2, and a controlled firearm purchase was conducted on that same day at 7979 Westheimer Road (Sterling Point Apartments), Houston, Harris County, Texas. RAMIREZ CORREA advised CHS1 that he would not be available for the firearm purchase but his wife, Ashley Fuentes Gil (FUENTES GIL) could meet with them.

5.      CHS1 and CHS2 drove together to 7979 Westheimer Rd, parked, and waited in the apartment parking lot. Shortly thereafter, FUENTES GIL walked up to the CHS's vehicle and handed CHS1 what appeared to be baby clothing wrapped around a firearm. CHS1 handed the clothing to CHS2, who then unwrapped it and found a loaded Canik T9 firearm bearing serial number T6472-21 BH 28431 (confirm this is correct). FUENTES-GIL was given $1,000 in exchange for the firearm. This firearm transaction was recorded in audio and video recorded.

6.      A known photograph of FUENTES GIL was shown to CHS2, who confirmed that FUENTES GIL was the person who handed over the baby clothing wrapped around the Canik T9 firearm.

7.      On May 04, 2025, RAMIREZ CORREA communicated via text message with CHS1 and offered to sell CHS1 a Smith and Wesson M&P firearm with an optic for $1,000. RAMIREZ CORREA provided CHS1 a picture of the firearm he was offering.

8.      CHS1 accepted the offer on behalf of CHS2, and a controlled firearm purchase was conducted that same day at 7979 Westheimer Road (Sterling Point Apartments), Houston, Harris County, Texas. RAMIREZ CORREA advised CHS1 that he would not be present during the

firearm purchase but his friend, "Junior," would meet with him/her and deliver the firearm. CHS1 and CHS2 drove together to 7979 Westheimer Rd, parked and waited in the apartment parking lot. "Junior" arrived and got in the backseat of the CHS's vehicle. "Junior" handed CHS1 a loaded Smith and Wesson M&P with an optic, serial number MBP2026. CHS1 recognized "Junior" as Pedro Jose Ramirez Delgado (RAMIREZ DELGADO). CHS2 gave RAMIREZ DELGADO $1,000 in exchange for the firearm. This firearm transaction was audio and video recorded.

9.    On May 29, 2025, I received confirmation from Bureau of Alcohol, Tobacco, and Firearms (ATF) Senior Investigator R. Jones that RAMIREZ CORREA has never been deemed a "Responsible Person" or "Owner" on any ATF license or permit. Senior Investigator R. Jones is an Industry Operations Intelligence Specialist.

10.    On June 8, 2025, RAMIREZ CORREA communicated via text message with CHS3 and offered to sell CHS3 a Glock 45 for $900. RAMIREZ CORREA provided CHS3 with a picture of the firearm he was offering. CHS3 accepted and a controlled purchase was conducted at 7979 Westheimer Road (Sterling Point Apartments), Houston, Harris County, Texas. CHS3 arrived at the location and RAMIREZ CORREA got in the CHS3's front passenger seat. RAMIREZ CORREA handed CHS3 a Glock 45 handgun bearing serial number BLBG875 with two loaded magazines, in exchange for $900 cash. The transaction was audio and video recorded. The firearm serial number was queried and found to have been stolen earlier this year, documented under Harris County Sheriff Office case #250409854.

11.    On June 22, 2025, CHS3 met with RAMIREZ CORREA and TERNAWSKY at a restaurant to speak about a drug escort operation that they were going to be willing participants in. During the conversation, RAMIREZ CORREA told the CHS3 that he has sold a total of 38

firearms through a WhatsApp text thread he is a part of. This conversation was audio and video recorded.

12.     Below are screenshots of text messages between CHS3 and "Eduardo" whom agents and the CHS3 know as RAMIREZ CORREA based on previous in person interactions for firearm purchases.









13.    CHS3 has communicated to Agents that RAMIREZ CORREA is in the business of selling firearms and drugs just based on conversations they have had. Specifically, RAMIREZ CORREA has told CHS3 to make a list of any firearms he/she wants, and RAMIREZ CORREA can get it. CHS3 also knows from previous conversations with RAMIREZ CORREA that he

traffics firearms quickly; if the firearm offered to CHS3 isn't purchased within 24 hours, the gun is sold to someone else.

14.    RAMIREZ CORREA has presented himself to be a weapons dealer to CHS3 and has access to every type of weapon to include heavy artillery. CHS3 has seen RAMIREZ CORREA's WhatsApp chat where he moves firearms daily.

15.    RAMIREZ CORREA is a citizen and national of Venezuela and has no legal status to be in the United States of America.

Based on the foregoing facts, I believe that there is probable cause to believe that, RAMIREZ CORREA committed the following offense: Dealing in Firearms Without a License, in violation of 18 U.S.C. § 922(a)(1)(A) and 924(a)(1)(D).

_____
Task Force Officer Nicole Miyako
Federal Bureau of Investigation

Sworn to before me and subscribed telephonically on this the 26th day of June 2025 and I find probable cause.

_____
Honorable Peter Bray
United States Magistrate Judge